✤AO 245B (CASD) (Rev. 8/11) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| ROBERT JOHN McGILL (1) | Case Number: 09CR2856-IEG |
| | TODD BURNS,CJA/ REUBEN CAHN, Federal Defenders Inc. |
| | Defendant's Attorney |

**REGISTRATION NO.** 15969298

☒ Modification of Restitution Order (18 U.S.C. § 3664)

**THE DEFENDANT:**
☒ pleaded guilty to count(s) 1 of the Indictment.

☐ was found guilty on count(s) _____
after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18 USC 1111(b), 7(8) | Second Degree Murder | 1 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) Superseding Indictment ___ is ☒ are ☐ dismissed on the motion of the United States.

☒ Assessment: $100.00.

☒ Fine waived    ☐ Forfeiture pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

December 8, 2011
Date of Imposition of Sentence

_(signature)_
HON. IRMA E. GONZALEZ
UNITED STATES DISTRICT JUDGE

09CR2856-IEG

DEFENDANT: ROBERT JOHN McGILL (1)
CASE NUMBER: 09CR2856-IEG

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of Life.

☐ Sentence imposed pursuant to Title 8 USC Section 1326(b).

☒ The court makes the following recommendations to the Bureau of Prisons:
That the defendant be designated to an institution in the Southern District of California.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before _____
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

09CR2856-IEG

DEFENDANT: ROBERT JOHN McGILL (1)
CASE NUMBER: **09CR2856-IEG**

# RESTITUTION

The defendant shall pay restitution in the amount of $ 18,133.27 unto the United States of America.

This sum shall be paid ___ immediately.
                        _x_ as follows:

Through the Clerk, U.S. District Court. Payment of restitution shall be forthwith. During the Defendant's incarceration, the Defendant shall pay restitution through the Inmate Financial Responsibility Program at the rate of 50% of the Defendant's income, or $25.00 per quarter, which ever is greater. To the following victims:

| | |
|---|---|
| Carmel and Rob Buckout | $ 5,383.85 |
| Noel Salazar | $ 1,080.43 |
| Francis and Betty Longstreet | $ 4,168.99 |

After each of the foregoing victims have been paid in full, distribution shall be made to the California Victim Compensation and Government Claims Board in the amount of $7,500.00

The Court has determined that the defendant  does not  have the ability to pay interest. It is ordered that:

_X_  The interest requirement is waived.

___  The interest is modified as follows:

**09CR2856-IEG**